**STATE v. BEVERIDGE**

[336 N.C. 601 (1994)]

STATE OF NORTH CAROLINA v. MICHAEL SCOTT BEVERIDGE

No. 1A94

(Filed 17 June 1994)

On discretionary review pursuant to N.C.G.S. § 7A-31 from the decision of a divided panel of the Court of Appeals, 112 N.C. App. 688, 436 S.E.2d 912 (1993), vacating a judgment entered by Strickland, J., at the 27 July 1992 Criminal Session of Superior Court, Dare County. Heard in the Supreme Court 11 May 1994.

*Michael F. Easley, Attorney General, by Anita LeVeaux Quigless, Assistant Attorney General, for the State-appellant.*

*Merrell, Barnes, Gladden & Rose, by Edgar L. Barnes and Randy L. Jones, for defendant-appellee.*

PER CURIAM.

AFFIRMED.